# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RABACA, | Case No. CV 12-1255 ODW (JCG) |
|       Petitioner, | |
|     v. | **JUDGMENT** |
| T. GONZALEZ, Warden, | |
|       Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** to Petitioner proceeding with his *ex post facto* claim as a class member in *Gilman* for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: April 16, 2012

_____

HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

1